1
2
3                                          JS-6
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   JASON MATHEW SPURGEON,              Case No.  5:17-cv-00043-KES
12        Plaintiff,
13        v.                             **JUDGMENT**
14   CAROLYN W. COLVIN, Acting
15   Commissioner of Social Security,
16        Defendant.
17

18        IT IS HEREBY ADJUDGED that, for the reasons set forth in the
19   Memorandum Opinion and Order, the decision of the Commissioner of the Social
20   Security Administration is affirmed and this action is dismissed with prejudice.
21
22   DATED:  December 28, 2017
23
24                                    _____
25                                    KAREN E. SCOTT
                                      United States Magistrate Judge
26
27
28